UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82434-CIV-COHN/SELTZER

FRANCES EDWARDS,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

## ORDER OF REMAND TO COMMISSIONER, ORDER APPROVING REPORT AND RECOMMENDATION and ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFF

THIS CAUSE is before the Court upon the Report and Recommendation to District Judge [DE 25] ("Report and Recommendation") of United States Magistrate Judge Barry S. Seltzer, entered August 2, 2010, Plaintiff's Motion for Summary Judgment [DE 18] and Defendant's Motion for Summary Judgment [DE 21]. The Court notes that the Defendant has not filed any objections to the Report and Recommendation, and that the time for filing such objections has passed.

As no timely objections were filed, Judge Seltzer's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this Order. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). As to the legal conclusions in the Report and Recommendation, the Court has reviewed the arguments of the parties, and is otherwise fully advised in the premises.

This Court agrees with the reasoning and analysis of Judge Seltzer that the Plaintiff's Motion for Summary Judgment be granted and the Defendant's Motion for Summary Judgment be denied. Specifically, the Court agrees that the Administrative

Law Judge ("ALJ") in this Social Security disability case failed to articulate "good cause" for discounting the opinions of Dr. Lichtblau and Dr. Stolzer. In addition, the ALJ must reconcile his finding that Plaintiff can perform light work with his placing "great weight" on the opinion of Dr. Price. Accordingly, remand to the Commissioner is warranted. In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 25] is **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment [DE 18] is **GRANTED**.
3. Defendant's Motion for Summary Judgment [DE 21] is hereby **DENIED**.
4. The decision of the Commissioner in this case is hereby **REVERSED**.
5. This matter is hereby **REMANDED** to the Commissioner with instructions to determine whether legally sufficient grounds exist for discounting the opinions of Dr. Lichtblau and Dr. Stolzer. In addition, the ALJ must reconcile his finding that Plaintiff can perform light work with his placing "great weight" on the opinion of Dr. Price who found that Plaintiff could only stand/walk for two hours, far less than the six hours required for light work.
6. All other pending motions are denied as moot. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2010.

JAMES I. COHN
United States District Judge

Copies to:

Counsel of record